# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Covenant Care California, LLC d/b/a
Silver Ridge Healthcare Center
              Plaintiff,
  v.

Chester Marshall Shirk

              Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00956-JAD-VCF

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of Covenant Care California, LLC d/b/a Silver Ridge Healthcare Center and against Chester Marshall Shirk in the total amount of $101,153.53.

July 16, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Morrison
Deputy Clerk